UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMLAB, L.L.C. and BRECKENRIDGE | ) | CIVIL ACTION NO. 2:13-cv-00152 |
| PHARMACEUTICAL, INC. | ) | |
| | ) | JUDGE KURT D. ENGELHARDT |
| Plaintiffs, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JOSEPH C. WILKINSON, JR. |
| | ) | |
| MACOVEN PHARMACEUTICALS, L.L.C. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Nestle Health Science – Pamlab, Inc. and Breckenridge Pharmaceutical, Inc., and Defendant Macoven Pharmaceuticals, L.L.C., hereby stipulate that all claims and counterclaims between them in this Action shall be, and hereby, are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted:


Dated:  May 29, 2013

/s/   Robert S. Rooth
Robert Stephen Rooth
Kurt D. Duncan
Loretta O. Hoskins
CHAFFE MCCALL LLP
Energy Centre
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
Tel:     504-585-7000
Email: rooth@chaffe.com

and

C. Randolph Ross (*pro hac vice*)
BRECKENRIDGE PHARMACEUTICAL, INC.
60 East 42nd Street, Suite 5210
New York, NY 10165
Tel:     646-448-1303
Fax:     856-494-1647
Email: rross@bpirx.com

ATTORNEYS FOR ALL PLAINTIFFS


Dated:  May 29, 2013

/s/   Robert L. Waddell
Donald W. Washington (#21402) T.A.
Robert L. Waddell (#23586)
Mia S. Mitchell (#33458)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Tel.:    (337) 593-7600
Fax:     (337) 593-7601
Email: dwashington@joneswalker.com
         rwaddell@joneswalker.com
         mgrandpre@joneswalker.com

ATTORNEYS FOR DEFENDANT,
MACOVEN PHARMACEUTICALS, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to counsel of record, on this 29th day of May, 2013.

/s/ Robert S. Rooth